**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | CASE NO.: ED CV 19-976-DMG (GJS)<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE [34]** |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO,

IT IS ORDERED, ADJUDGED AND DECREED:

1. This action, and each and every claim for relief thereof, is dismissed in its entirety with prejudice.

2. The parties' settlement is further memorialized in a written settlement agreement and release.

3. The parties shall bear their own costs, expenses, and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

4.     This Judgment of Dismissal is the result of a compromise of a disputed claim.  It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

IT IS SO ORDERED.

DATED:  April 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE